UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON ROBINSON,

        Plaintiff,

v.

Case No. 1:24-cv-497

Hon. Ray Kent

UNKNOWN WILSON,
UNKNOWN HOPKINS,
UNKNOWN FINNEY, and,
UNKNOWN BASYE,

        Defendants.

_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Aaron Robinson.

Dated: September 4, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge